RALPH O. BLOEMERS, OSB No. 984172
ralph@crag.org - (503) 525-2727
CHRISTOPHER G. WINTER, OSB No. 984355
chris@crag.org - (503) 525-2725
Crag Law Center
917 SW Oak Street, Suite 417
Portland, OR 97205
Fax: (503) 296-5454
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| HOOD RIVER VALLEY RESIDENTS COMMITTEE, an Oregon non-profit corporation, and MIKE MCCARTHY, individually. <br><br> *Plaintiffs,* <br><br> HOOD RIVER COUNTY by and through the BOARD OF COUNTY COMMISSIONERS OF HOOD RIVER COUNTY, an Oregon municipal corporation, and MT. HOOD MEADOWS OREGON, LLC, an Oregon limited liability corporation, <br><br> *(Proposed Plaintiffs),* <br><br> v. <br><br> JIM PEÑA, Regional Director of Region 6 of the United States Forest Service; LISA NORTHROP, Supervisor, Mt. Hood National Forest of the United States Forest Service; THOMAS L. TIDWELL, Chief of the United States Forest Service; and the UNITED STATES FOREST SERVICE, an Administrative Agency of the United States Department of Agriculture, <br><br> *Defendants.* | Case No.: 3:15-cv-01397-BR <br><br><br> **PLAINTIFFS HOOD RIVER VALLEY RESIDENTS COMMITTEE AND MIKE MCCARTHY'S MOTION FOR JOINDER OF PARTIES** |

## MOTION TO JOIN HOOD RIVER COUNTY AND MT. HOOD MEADOWS OREGON, LLC. AS PARTIES

Pursuant to LR 7-1 Plaintiffs' counsel conferred with Federal Defendants on August 4, 2015 and Defendants indicated that they take no position on this motion.

Plaintiffs, by counsel, pursuant to Fed. R. Civ. P. 19, move the court to enter an order joining HOOD RIVER COUNTY by and through the BOARD OF COUNTY COMMISSIONERS OF HOOD RIVER COUNTY ("Hood River County") and MT. HOOD MEADOWS, OREG., LLC ("Meadows"), as necessary parties in the above action. Plaintiffs' claims against Federal Defendants in this action invoke agreements and transactions between Defendants and the proposed plaintiffs. Plaintiffs cannot adequately litigate the suit against Federal Defendants without joinder of Hood River County and Meadows because the requested relief may require certain actions of those parties. Fed. R. Civ. P. 19(a)(1)(A).

Plaintiffs respectfully request the Court join Hood River County and Meadows as necessary plaintiffs to this action. Alternatively, Plaintiffs respectfully request the Court to enter an order joining Hood River County and/or Meadows as involuntary plaintiffs, or alternatively as defendants to be realigned as plaintiffs, in the above action. Fed. R. Civ. P. 19(a)(2).

## DISCUSSION

The presence of Hood River County and Meadows as party plaintiffs in the above action is necessary to permit the court to render complete relief. If this court determines that the Forest Service is required to complete the land exchange, this court may need to require Hood River County and Meadows to complete certain actions in furtherance of the land exchange. Thus Hood River County and Meadows must both be parties for this court to properly accord complete relief.

MOTION FOR JOINDER OF PARTIES - 2

*Crag Law Center*
*917 SW Oak St. Suite 417*
*Portland, OR 97205*
*Tel. (503) 525-2727*

Both Hood River County and Meadows are subject to service of process and neither party's joinder would deprive the court of subject matter jurisdiction. Fed. R. Civ. P. 16 (a)(1). Under the Settlement Agreement between the County and Meadows, Hood River County and Meadows are obligated to finish the land exchange with the Forest Service.

Hood River County is better suited to be aligned as a plaintiff than a defendant, because it has an obligation to the citizens of Hood River County to quickly and expeditiously finish the land exchange. Under the Omnibus Land Management Act of 2009, Meadows is statutorily obligated to finish the land exchange with the Forest Service. Meadows is better suited to be aligned as a plaintiff than a defendant, because it has been working to complete the land exchange since being obligated to do so through the Settlement Agreement and the Omnibus Land Management Act. The efforts of the Hood River Valley Residents Committee, Hood River County and Mt. Hood Meadows to complete the land exchange have been harmed by the Forest Service's failure to timely complete the exchange consistent with the terms of the Act..

On July 23, plaintiffs asked Hood River County to voluntarily join as a party plaintiff. The Hood River County Board of County Commissioners have a regularly schedule meeting on August 17, 2015 and at that time Hood River County will determine whether to participate as plaintiffs. On August 4, 2015, Plaintiffs conferred with counsel Hood River County on this motion. The County takes no position on Plaintiffs' primary motion and does not oppose Plaintiffs' alternative motion to add the County as either an involuntary plaintiff or defendant until such time as the Board of County Commissioners of Hood River County can have a regularly scheduled meeting and decided whether to participate as a plaintiff in this suit.

On July 23, 2015, plaintiffs asked Meadows to voluntarily join as a party plaintiff, but Meadows was not prepared to join as a plaintiff in initiating the lawsuit.  On August 4, 2015 Plaintiffs conferred with counsel for Mt. Hood Meadows on this motion.  Meadows takes no position on the primary motion and does not oppose Plaintiffs' alternative motion to add Meadows as either an involuntary plaintiff or a defendant.

Counsel for Meadows and Hood River County have been contacted and have indicated their intention to file an appearance in this case, at which time they will inform the court as the current status.  Plaintiffs have submitted a proposed order along with this motion, and respectfully requests that the Court to enter its order after Hood River County and Mt. Hood Meadows have appeared in this case.   Counsel for Meadows and Hood River County have also indicated their willingness to participate in the Fed. R. Civ. Pro. Rule 16 status conference set for August 24, 2015 at 3:30 p.m, at which time this Court could receive further information and then rule on this motion.

Respectfully submitted this August 12, 2015,

    /s/ Ralph O. Bloemers
Ralph O. Bloemers, OSB # 984172
Christopher G. Winter, OSB # 984355
Tel: (503) 525-2727
Tel. (503) 525-2725
Email: ralph@crag.org
Email: chris@crag.org
Crag Law Center
917 SW Oak St., Suite 417
Portland, Oregon 97205
Fax (503) 296-5454

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2015, I filed the foregoing with the Clerk of the Court using the CM/ECF system and sent an electronic courtesy copy of the filing to the following attorneys:

Steve Odell
Assistant United States Attorney
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Tel: (503) 727-1000
Fax: (503) 727-1117
steve.odell@usdoj.gov

Jocelyn Somers, OSB#843503
United States Department of Agriculture
Office of the General Counsel
1220 SW 3rd Ave Ste 310
Portland, Oregon  97204
Tel: (503) 808-5960
Fax: (503) 808-5977
Email: jocelyn.somers@usda.gov

Attorneys for Federal Defendants

Wilford K. Carey, OSB# 720477
Annala Carey Baker
Thompson & VanKoten PC
305 Cascade St
PO Box 325
Hood River, Oregon 97031
Tel:  (541) 386-1811
Fax: (541) 386-6242
Email wcarey@gorge.net

Attorney for Proposed Plaintiff

Jonathan Radmacher, OSB# 924314
McEwen Gisvold LLP
1100 SW 6th Ave Ste 1600
Portland OR  97204
Tel: (503) 412-3522
Fax  (503) 243-2687
Email   jonathanr@mcewengisvold.com

Attorney for Proposed Plaintiff

Dated :  August 12, 2011.

      Respectfully submitted,

      /s/   Ralph O. Bloemers

      Attorney for Plaintiffs