RALPH O. BLOEMERS, OSB No. 984172
ralph@crag.org - (503) 525-2727
CHRISTOPHER G. WINTER, OSB No. 984355
chris@crag.org - (503) 525-2725
Crag Law Center
917 SW Oak Street, Suite 417
Portland, OR 97205
Fax: (503) 296-5454
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| HOOD RIVER VALLEY RESIDENTS COMMITTEE, an Oregon non-profit corporation, and MIKE MCCARTHY, individually,<br><br>*Plaintiffs,*<br><br>HOOD RIVER COUNTY by and through the BOARD OF COUNTY COMMISSIONERS OF HOOD RIVER COUNTY, an Oregon municipal corporation, and MT. HOOD MEADOWS OREGON, LLC, an Oregon limited liability corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>JIM PEÑA, Regional Director of Region 6 of the United States Forest Service; LISA NORTHROP, Supervisor, Mt. Hood National Forest of the United States Forest Service; THOMAS L. TIDWELL, Chief of the United States Forest Service; and the UNITED STATES FOREST SERVICE, an Administrative Agency of the United States Department of Agriculture,<br><br>*Defendants.* | Case No.: 3:15-cv-01397-BR<br><br>**ORDER ON MOTION FOR JOINDER OF PARTIES** |

Plaintiffs Hood River Valley Residents Committee and Mike McCarthy has moved this Court for an order joining Hood River County by and through the Board of Commissioners of Hood River County ("Hood River County") and Mt. Hood Meadows, Oreg., LLC ("Meadows") as parties to this action.

Having reviewed the motion and Pursuant to Fed. R. Civ. P. 19, the court GRANTS the Plaintiffs Motion For Joinder and ORDERS that Hood River County be joined as:

__✓__ A necessary parties and plaintiff in the above action.

_____ An involuntary plaintiff in the above action.

_____ A defendant to be realigned as a plaintiff, in the above action pursuant to Fed. R. Civ. P. 19(a)(2).

AND FURTHER ORDERS that Meadows be joined as:

_____ A necessary parties and plaintiff in the above action.

__✓__ An involuntary plaintiff in the above action.

_____ As a defendant to be realigned as a plaintiff, in the above action pursuant to Fed. R. Civ. P. 19(a)(2).

Signed this 24 day of August 2015,

_____
THE HONORABLE ANNA J. BROWN
District Judge of the District of Oregon

[PROPOSED] ORDER ON MOTION FOR
JOINDER OF PARTIES - 2

*Crag Law Center*
*917 SW Oak St. Suite 417*
*Portland, OR 97205*
*Tel. (503) 525-2727*