**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**STEPHEN J. ODELL, OSB # 903550**
Assistant United States Attorney
steve.odell@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1024
Fax: (503) 727-1117
  Attorney for Defendant U.S. Forest Service

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HOOD RIVER VALLEY RESIDENTS COMMITTEE, an Oregon non-profit corporation, MIKE MCCARTHY, individually, HOOD RIVER COUNTY by and through the BOARD OF COUNTY COMMISSIONERS OF HOOD RIVER COUNTY, an Oregon municipal corporation, CLACKAMAS COUNTY, by and through the BOARD OF COUNTY COMMISSIONERS OF CLACKAMAS COUNTY, an Oregon municipal corporation, and MT. HOOD MEADOWS OREGON, LLC, an Oregon limited liability corporation.<br><br>  *Plaintiffs,*<br><br>    v.<br><br>JIM PEÑA, Regional Director of Region 6 of the United States Forest Service; LISA NORTHROP, Supervisor, Mt. Hood National Forest of the United States Forest Service; THOMAS L. TIDWELL, Chief of the United States Forest Service; and the UNITED STATES FOREST SERVICE, an Administrative Agency of the United States Department of Agriculture,<br><br>  *Defendants.* | Case No.: **3:15-cv-01397-BR**<br><br>**DEFENDANT U.S. FOREST SERVICE'S ADMINISTRATIVE RECORD ON TWO DVDs** |

```
```
Case 3:15-cv-01397-BR    Document 31-1    Filed 03/01/16    Page 2 of 2






FOREST SERVICE'S
ADMINISTRATIVE RECORD
FOR THE COOPER SPUR / GOV. CAMP LEX
MT. HOOD NATIONAL FOREST
DISC 1 OF 2

02/29/2016

Hood River Valley Residents Committee, et al. v.
U.S. Forest Service, et al.
3:15-cv-01397-BR (D.OR.)






FOREST SERVICE'S
ADMINISTRATIVE RECORD
FOR THE COOPER SPUR / GOV. CAMP LEX
MT. HOOD NATIONAL FOREST
DISC 2 OF 2

02/29/2016

Hood River Valley Residents Committee, et al. v.
U.S. Forest Service, et al.
3:15-cv-01397-BR (D.OR.)