**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**STEPHEN J. ODELL, OSB # 903550**
Assistant United States Attorney
steve.odell@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1024
Fax: (503) 727-1117
  Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HOOD RIVER VALLEY RESIDENTS COMMITTEE, an Oregon non-profit corporation, MIKE MCCARTHY, individually, HOOD RIVER COUNTY by and through the BOARD OF COUNTY COMMISSIONERS OF HOOD RIVER COUNTY, an Oregon municipal corporation, CLACKAMAS COUNTY, by and through the BOARD OF COUNTY COMMISSIONERS OF CLACKAMAS COUNTY, an Oregon municipal corporation, and MT. HOOD MEADOWS OREGON, LLC, an Oregon limited liability corporation.<br><br>                *Plaintiffs,*<br><br>                        v.<br><br>JIM PEÑA, Regional Director of Region 6 of the U.S. Department of Agriculture-Forest Service; LISA NORTHROP, Supervisor, Mt. Hood National Forest; THOMAS L. TIDWELL, Chief of the Forest Service; and the UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>                *Defendants.* | Case No.: 3:15-cv-01397-BR<br><br>**CERTIFICATION OF DEFENDANT U.S.D.A.-FOREST SERVICE'S SUPPLEMENTAL ADMINISTRATIVE RECORD**<br><br>**DECLARATION OF CHRISTOPHER D. EMMERICH** |

Page 1 – DECLARATION OF CHRISTOPHER D. EMMERICH-CERTIFICATION OF AR
 *Hood River Valley Residents Comm. v. Peña,* Case No.: 3:15-cv-01397-BR

I, Christopher D. Emmerich, pursuant to 28 U.S.C § 1746, declare as follows:

1. I am a Litigation and Freedom of Information Act/Privacy Act Support Specialist for the U.S. Department of Agriculture-Forest Service. I have been employed by the Forest Service in this position since July 2015.

2. Under my direction and oversight, the Forest Service compiled and indexed the documents comprising its supplemental administrative record underlying the administrative tasks, activities, and constituent steps in which the agency has engaged to date to implement the congressionally directed and conditioned land exchange with Mt. Hood Meadows Oregon, LLC, pursuant to Section 1206 of the Omnibus Public Land Management Act of 2009 Pub. L. 111-11, the completion of which Plaintiffs are asking this Court to compel through the use of its authority in 5 U.S.C. § 706(1). The documents in this Supplemental Administrative Record were inadvertently left out of the Administrative Record filed with the Court on February 29, 2016. The current installment of the supplemental administrative record being lodged with the Court and served on the parties through their counsel has been compiled in an electronic searchable format and will be indexed and filed separately on one disk.

3. To the best of my knowledge and belief, the documents listed in the index are materials that have been considered, either directly or indirectly, by the

relevant Forest Service officials in connection with its efforts to date in carrying out administrative tasks, activities, and constituent steps to implement the land exchange the completion of which Plaintiffs ask the Court to compel in this action. In addition, each document in the record is a true and correct copy of an original document located in Forest Service files.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 17th day of March 2016.

*[signature]*
CHRISTOPHER D. EMMERICH
Regional Litigation and FOIA/PA
Support Specialist
U.S.D.A. Forest Service
Pacific Northwest Region