**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**STEPHEN J. ODELL, OSB # 903530**
Assistant United States Attorney
steve.odell@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone: (503) 727-1024
Telefax: (503) 727-1117
*Of Attorneys for Defendants*

FILED18 MAR '16 ThJ MMSDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

|  |  |
|---|---|
| HOOD RIVER VALLEY RESIDENTS COMMITTEE, an Oregon non-profit corporation; MIKE MCCARTHY, individually; HOOD RIVER COUNTY by and through the BOARD OF COUNTY COMMISSIONERS OF HOOD RIVER COUNTY, an Oregon municipal corporation; & MT. HOOD MEADOWS OREGON, LLC, an Oregon LLC; CLACKAMAS COUNTY, by and through the BOARD OF COUNTY COMMISSIONERS OF CLACKAMAS COUNTY, a political subdivision of the State of Oregon,<br><br>*Plaintiffs,*<br><br>v.<br><br>JIM PEÑA, Regional Director of Region 6 of the United States Forest Service; LISA NORTHROP, Supervisor, Mt. Hood National Forest of the United States Forest Service; THOMAS L. TIDWELL, Chief of the United States Forest Service; and the UNITED STATES FOREST SERVICE, an Administrative Agency of the United States Department of Agriculture,<br><br>*Defendants.* | Case No.: 3:15-cv-01397-BR<br><br>**DEFENDANTS' NOTICE OF LODGING OF FIRST SUPPLEMENT TO THE ADMINISTRATIVE RECORD** |

Pursuant to 5 U.S.C. Section 706, Defendants hereby give notice of their lodging with the Court this date their first supplement to the administrative record underlying the administrative tasks, activities, and constituent steps in which the agency has engaged to date to implement the congressionally directed and conditioned land exchange with Mt. Hood Meadows Oregon, LLC, pursuant to Section 1206 of the Omnibus Public Land Management Act of 2009 Pub. L. 111-11, the completion of which Plaintiffs seek to have this Court compel under 5 U.S.C. § 706(1) in the above-captioned action. The items comprising this first supplement to the record are materials that were inadvertently omitted from the first installment of the administrative record that Defendants previously lodged with the Court (Dkt. #31). Also, Defendants would again give further notice that, because Plaintiffs' remaining viable claim involves an alleged "unreasonable delay" to carry out one or more of what they assert to be "agency actions" under the Administrative Procedure Act, the administrative record does not have a "closing date," and therefore, Defendants will need to supplement the administrative record at least one more time as the Forest Service continues with its ongoing efforts to work with Plaintiff Mt. Hood Meadows and complete the land exchange.

This first supplement to the administrative record upon which the Court is to carry out its review of Plaintiff's claim as well as the index to that supplement are being provided in electronic form on the disc enclosed in the attached plastic sheath. Defendants believe lodging of these supplemental record materials in this form is consistent with LR 100 insofar as such materials do not constitute attachments or exhibits, as referenced in LR 100-2, as well as the fact they are being lodged with the Court, not filed. Lodging of administrative record materials on disc is also consistent with the practice that federal agencies have regularly followed in this Court even after amendment of LR 100 in December 2009 in cases seeking judicial review of

agency actions. *See, e.g.,* Central Oregon Landwatch v. Connaughton, 6:13-cv-2027-AA (Dkt. # 53)(Dec. 18, 2013); Deer Ck. Valley Nat. Res. Conserv. Ass'n v. BLM, 6:12-cv-1596-CL (Dkt. # 13)(Dec. 3, 2012); Brown v. Vilsack, 3:11-cv-895-ST (Dkt. #10)(Mar. 30, 2012); Oregon Nat. Res. Council Fund v. Connaughton, 1:5-cv-3004-PA (Dkt. #252)(Feb. 15, 2012); Downer v. U.S. Dep't of the Interior, 11-cv-816-SU (Dkt. # 18)(Dec. 27, 2011); ONDA v. BLM, 08-cv-1271-KI (Dkt. # 28)(Oct. 12, 2010); ONDA v. Freeborn, 06-cv-1311-MO (Dkt. # 70)(June 15, 2010); Navickas v. Conroy, 10-cv-3004-CL (Dkt. # 11)(June 24, 2010).

In conjunction with their lodging of the first supplement to the administrative record, Defendants are also electronically filing this same date the Declaration of Christopher D. Emmerich in which he certifies the contents of the supplemental materials so lodged.

Respectfully submitted this 18th day of March 2016.

Stephen J. Odell
Assistant United States Attorney
Of Attorneys for Defendants

FOREST SERVICE'S
SUPPLEMENTAL ADMINISTRATIVE RECORD
FOR THE COOPER SPUR / GOV. CAMP LEX
MT. HOOD NATIONAL FOREST





03/17/2016

Hood River Valley Residents Committee, et al. v.
U.S. Forest Service, et al.
3:15-cv-01397-BR (D.OR.)

FOREST SERVICE'S
SUPPLEMENTAL ADMINISTRATIVE RECORD
FOR THE COOPER SPUR / GOV. CAMP LEX
MT. HOOD NATIONAL FOREST





3/17/2016

Hood River Valley Residents Committee, et al. v.
U.S. Forest Service, et al.
3:15-cv-01397-BR (D.OR.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I made service of the foregoing DEFENDANTS' NOTICE

OF LODGING OF FIRST SUPPLEMENT TO THE ADMINISTRATIVE RECORD, as well as

the single disc containing the materials comprising that supplement and the index thereto, that

are enclosed in a protective plastic sheath attached to the notice, by causing a true copy of each

of the foregoing items to be placed into the U.S. mail in Portland, Oregon, with postage paid for

first-class delivery this 18th day of March 2016, to each of the following counsel of record:

> Ralph Bloemers
> Christopher G. Winter
> Crag Law Center
> 917 S.W. Oak Street, Suite 417
> Portland, OR 97205
>
> Wilford K. Carey
> Victor VanKoten
> Annala, Carey, Baker, Thompson & VanKoten, PC
> PO Box 325
> Hood River, OR 97031
>
> Jonathan Radmacher
> J. Kurt Kraemer
> McEwen Gisvold LLP
> 1100 S.W. Sixth Ave., Suite 1600
> Portland, OR 97204
>
> Stephen Madkour
> Clackamas County Counsel
> 2051 Kaen Road
> Oregon City, OR 97045

KEITH RAMSEY
Legal Assistant
Office of the United States Attorney