**RALPH O. BLOEMERS, OSB # 984172**
ralph@crag.org - (503) 525-2727
**CHRISTOPHER G. WINTER, OSB # 984355**
chris@crag.org - (503) 525-2725
Crag Law Center
917 SW Oak Street, Suite 417
Portland, OR 97205
Fax: (503) 296-5454
*Attorneys for Plaintiffs Hood River Valley Residents Committee & Mike McCarthy*

**JONATHAN RADMACHER, OSB# 924314**
McEwen Gisvold LLP
1100 SW 6th Ave Ste 1600
Portland, Oregon 97204
Tel. (503) 412-3522
Fax: (503) 243-2687
*Attorney for Plaintiff Mt. Hood Meadows*

**WILFORD K. CAREY, OSB# 720477**
wcarey@gorge.net
Annala, Carey, Baker, Thompson and Van Koten, P.C.
305 Cascade Ave.
Hood River, Oregon 97031
Tel. (541) 386-1811
Fax: (541) 386-6242
*Attorney for Plaintiff Hood River County*

**STEPHEN MADKOUR, OSB# 941091**
smadkour@clackamas.us (503) 655-8362
Clackamas County Counsel
2051 Kaen Road, Suite 460
Oregon City, Or 97045
Tel. (503) 655-8362
Fax: (503) 742-5397
*Attorney for Plaintiff Clackamas County*

**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**STEPHEN J. ODELL, OSB # 903550**
Assistant United States Attorney
steve.odell@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1024
Fax: (503) 727-1117
  *Of Attorneys for Defendants*

Page 1 – THIRD JOINT STATUS REPORT
       *HRVRC v. Peña,* Case no. 3:15-cv-1397-BR

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HOOD RIVER VALLEY RESIDENTS COMMITTEE, an Oregon non-profit corporation; MIKE MCCARTHY, individually; HOOD RIVER COUNTY by and through the Board of County Commissioners of Hood River County, an Oregon municipal corporation; CLACKAMAS COUNTY, by and through the Board of County Commissioners of Clackamas County, an Oregon municipal corporation, and MT. HOOD MEADOWS OREGON, LLC, an Oregon limited liability corporation.<br><br>       *Plaintiffs,*<br><br>       v.<br><br>JIM PEÑA, Regional Director of Region 6 of the Forest Service; LISA NORTHROP, Supervisor, Mt. Hood National Forest; THOMAS L. TIDWELL, Chief, Forest Service; & UNITED STATES FOREST SERVICE, an Administrative Agency of the U.S. Department of Agriculture,<br><br>       *Defendants.* | Case No.: 3:15-cv-01397-BR<br><br>THIRD JOINT STATUS REPORT |

Consistent with the Court's Order (Dkt. #21) directing the parties to file monthly joint status reports regarding the ongoing progress that is being made to complete the land exchange at issue in the above-captioned action, as prescribed in Section 1206 of the Omnibus Public Land Management Act of 2009 ("Act"), Plaintiffs and Defendants hereby jointly and respectfully submit this statement to supplement the information set forth in their last status report (Dkt. #36) on certain key elements of that implementation:

Page 2 – THIRD JOINT STATUS REPORT
      *HRVRC v. Peña,* Case no. 3:15-cv-1397-BR

With respect to the trails easements the Act directs the Forest Service to reserve as a condition to the land exchange at issue, the agency has continued to work with MHMO in an effort to accommodate the issues MHMO has raised with the agency's latest working draft, which the Forest Service provided to MHMO on Feb. 16, 2016. In response, on Mar. 18, 2016, MHMO shared with the Forest Service its own revised version of a proposed easement, which reflects terms (in particular, the width of the easement) that it believes would be appropriate to use in the event that certain pending legislation to amend the Act is enacted.

The implementation timeline the Forest Service provided to MHMO at the parties' meeting on Feb. 10, 2016, remains unchanged.

The Forest Service continues to meet with MHMO on a regular basis to allow the parties to review the latest progress they are making to implement the land exchange at issue and to allow for a face-to-face discussion of any issues or snags that may arise, as well as their prompt resolution. The parties' next such meeting is set for later this week, on Apr. 22, 2016.

With respect to arranging for the necessary appraisal that the Act requires be performed of the parcels involved in the land exchange, the Forest Service has continued to move forward with the process of preparing specifications for the appraisal toward the end of soliciting and contracting for the necessary appraisal services. More specifically, Forest Service appraisal and realty staff worked together in light of input from MHMO – input that MHMO provided within the two-business-day timeframe requested by the Forest Service– to prepare and finalize last week an appraisal statement of work and associated documents that will be used in soliciting the appraisal. Upon finalizing this statement of work, the Forest Service prepared a requisition to initiate the contract solicitation process. The agency has also assigned a contracting officer for this process and the solicitation package is expected to be available to potential vendors on the

existing indefinite delivery/indefinite quantity ("IDIQ") contract this week.  Completion of these steps means that the Forest Service expects to be under contract with an appraiser to perform an appraisal that meets the necessary specifications by the end of June 2016.  As has been previously reported, part of the reason the Forest Service set this target date for having an appraisal contract is because, if it is not released by the end of June, the Forest Service will not be able to use the existing IDIQ contracting process for appraisal services, which allows the agency to use a pre-approved list of contractors that have been determined to meet all applicable requirements and therefore takes considerably less time.  A recent staffing development should also enhance the agency's work in continuing to move forward with the appraisal process, given that Lee Murray, a Forest Service appraiser from the agency's Northern Region, who has been working on the land exchange under a temporary assignment, has now become the permanent regional appraiser for the Pacific Northwest Region, which includes the Mt. Hood National Forest, and, in that position, she will be able to continue to provide ongoing long-term expertise.

With respect to the Environmental Impact Statement ("EIS") the Forest Service plans to prepare for the proposed land exchange at issue, the supplemental scoping period the agency provided to allow the public and interested parties an opportunity to offer input on the scope and nature of issues on which the EIS will focus came to a close on Mar. 17, 2016.  The agency is presently reviewing all of the input it received during this period (as well as that received during the first scoping period it provided) for the purpose of helping to inform its determination of the scope and nature of issues that are most significant and warrant explicit consideration in the EIS, and is preparing a scoping comment response table toward that end.  Also, the Forest Service enterprise team tasked with preparing the EIS has provided the Mt. Hood National Forest with a

statement of work for review and approval, and the agency is ready to fund phase one of the analysis.

Finally, the Court has also directed the parties to identify in their joint status reports any issues on which they would seek the Court's direction or ruling as of the date of the report's filing, in response to which the parties would advise that there are not any such issues that they believe warrant the Court's attention in this regard at this time.

Jointly and respectfully submitted this 18th day of April 2016.

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| **Crag Law Center** | **Office of the United States Attorney** |
| s/ Christopher G. Winter | s/ Stephen J. Odell |
| Ralph O. Bloemers, OSB# 984172 | **BILLY J. WILLIAMS, OSB # 901366** |
| Christopher G. Winter, OSB# 984355 | United States Attorney |
| *For Plaintiffs HRVRC & Mike McCarthy* | **STEPHEN J. ODELL, OSB # 903550** |
| | Assistant United States Attorney |
| | *Of Attorneys for Defendants* |

**Annala, Carey, Baker, Thompson & Van Koten, P.C.**

s/ Wilford K. Carey
Wilford K. Carey, OSB# 720477
*For Plaintiff Hood River County.*

**Clackamas County Counsel**

s/ Stephen L. Madkour
Stephen L. Madkour, OSB# 941091
*For Plaintiff Clackamas County*

**McEwen Gisvold LLP**

s/ Jonathan Radmacher
Jonathan Radmacher, OSB# 924314
*For Plaintiff Mt. Hood Meadows Oregon, LLC*

Page 5 – THIRD JOINT STATUS REPORT
      *HRVRC v. Peña,* Case no. 3:15-cv-1397-BR