**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**STEPHEN J. ODELL, OSB # 903530**
Assistant United States Attorney
steve.odell@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone: (503) 727-1024
Telefax: (503) 727-1117
*Of Attorneys for Defendants*

FILED27 MAR '17 13:31USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| HOOD RIVER VALLEY RESIDENTS COMMITTEE, an Oregon non-profit corporation; MIKE MCCARTHY, individually; HOOD RIVER COUNTY by and through the BOARD OF COUNTY COMMISSIONERS OF HOOD RIVER COUNTY, an Oregon municipal corporation; & MT. HOOD MEADOWS OREGON, LLC, an Oregon LLC; CLACKAMAS COUNTY, by and through the BOARD OF COUNTY COMMISSIONERS OF CLACKAMAS COUNTY, a political subdivision of the State of Oregon,<br><br>*Plaintiffs,*<br><br>v.<br><br>JIM PEÑA, Regional Director of Region 6 of the Forest Service; LISA NORTHROP, Supervisor, Mt. Hood National Forest; THOMAS L. TIDWELL, Chief of the Forest Service; and the UNITED STATES FOREST SERVICE, an administrative agency of the U.S. Department of Agriculture,<br><br>*Defendants.* | Case No.: 3:15-cv-01397-BR<br><br>**DEFENDANTS' NOTICE OF LODGING OF FOURTH SUPPLEMENT TO THE ADMINISTRATIVE RECORD** |

In accordance with the agreed-upon terms of the parties' stipulated stay of further proceedings that the Court has approved (Dkt. #83) in the above-captioned action, Defendants hereby give notice of their filing this date their fourth supplement to the administrative record underlying the various administrative tasks, activities, and constituent steps in which the Forest Service has engaged to implement the congressionally directed and conditioned land exchange with Mt. Hood Meadows Oregon, LLC, pursuant to Section 1206 of the Omnibus Public Land Management Act of 2009 Pub. L. 111-11. In accordance with the terms of that Stipulated Stay, the materials comprising this fourth supplement to the administrative record extend through the close of the public comment period on the Draft Environmental Impact Statement that the Forest Service prepared on the Land Exchange, which ended on Jan. 26, 2017 (the last item in the supplement is actually dated a few days later, Feb. 1, 2017, but is included because it comprises a table listing all of those who submitted comments). This fourth supplement is in addition to the materials Defendants have previously submitted to the Court as part of the administrative record as originally lodged (Dkt. #31) and the first, second, and third supplements to the administrative record (Dkt. ## 40, 45, & 59). Moreover, under the agreed-upon terms of the stipulation, at least as long as the stay the Court entered pursuant to such terms remains in effect, Defendants would note that they have agreed to file at least two further supplements to the administrative record a short while following the completion of additional milestones in implementation of the Land Exchange, as specified in the stipulation (Dkt. #83).

The materials comprising the fourth supplement to the administrative record are consecutively paginated from 4th Supp AR 00001-23479, and separately identified in the index to the supplement, and those materials and the index are both included in electronic form on the disc enclosed in the attached plastic sheath. Filing the supplemental record materials in this

form and mode is consistent with LR 5-2(e), which explicitly authorizes a federal agency to file an administrative record with the Court on a CD-ROM as a physical exhibit by submitting it to the Clerk's Office attached to a Notice of Filing of the Administrative Record.

In conjunction with lodging the fourth supplement to the administrative record, Defendants are also electronically filing this same date the Declaration of Dori A. Creamer (Dkt. # 89) in which she certifies the contents of the supplemental materials.

Respectfully submitted this 27th day of March 2017.

                                        Stephen J. Odell
                                        Assistant United States Attorney
                                        Of Attorneys for Defendants





FOREST SERVICE'S
FORTH SUPPLEMENTAL ADMINISTRATIVE RECORD
FOR THE COOPER SPUR / GOV. CAMP LEX
MT. HOOD NATIONAL FOREST

03/20/2017

Hood River Valley Residents Committee, et al. v.
U.S. Forest Service, et al.
3:15-cv-01397-BR (D.OR.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I made service of the foregoing DEFENDANTS' NOTICE OF LODGING OF FOURTH SUPPLEMENT TO THE ADMINISTRATIVE RECORD, as well as the single disc containing the materials comprising that supplement and the index thereto, that are enclosed in a protective plastic sheath attached to the notice, by placing each of the above-referenced items into the U.S. mail in Portland, Oregon, with postage paid for first-class delivery, this 27th day of March 2017, addressed to each of the following counsel of record:

Ralph Bloemers
Christopher G. Winter
Crag Law Center
917 S.W. Oak Street, Suite 417
Portland, OR 97205

Jonathan Radmacher
J. Kurt Kraemer
McEwen Gisvold LLP
1100 S.W. Sixth Ave., Suite 1600
Portland, OR 97204

Wilford K. Carey
Victor VanKoten
Annala, Carey, Baker, Thompson & VanKoten, PC
PO Box 325
Hood River, OR 97031

Stephen Madkour
Clackamas County Counsel
2051 Kaen Road
Oregon City, OR 97045

_____
KEITH RAMSEY
Legal Assistant
Office of the United States Attorney