**RALPH O. BLOEMERS, OSB # 984172**
ralph@crag.org - (503) 525-2727
**CHRISTOPHER G. WINTER, OSB # 984355**
chris@crag.org - (503) 525-2725
Crag Law Center
3141 E. Burnside Street
Portland, OR 97214
Fax: (503) 296-5454
   *Attorneys for Plaintiffs HRVRC & Mike McCarthy*

**JONATHAN M. RADMACHER, OSB # 924314**
McEwen Gisvold LLP
jonathanr@mcewengisvold.com
1100 SW 6th Ave, Suite 1600
Portland, Oregon 97204
Tel. (503) 412-3522
Fax: (503) 243-2687
   *Attorney for Plaintiff Mt. Hood Meadows*

**LISA KNIGHT DAVIES, OSB # 03356**
lkdavies@gorgelaw.com
Peachey Davies Myers & Dunn, P.C.
430 Industrial-PO Box 417
Hood River, Oregon 97031
Tel. (541) 386-2221
Fax: (541) 386-1381
   *Attorneys for Plaintiff Hood River County*

**STEPHEN MADKOUR, OSB # 941091**
smadkour@clackamas.us
Clackamas County Counsel
2051 Kaen Road, Suite 460
Oregon City, Or 97045
Tel. (503) 655-8362
Fax: (503) 742-5397
   *Attorney for Plaintiff Clackamas County*

**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
sean.martin@usdoj.gov
Office of the United States Attorney
1000 S.W. Sixth Avenue, Suite 600
Portland, OR 97204
Telephone:  (503) 727-1010
Telefax:  (503) 727-1117
   *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

Page 1 – TWENTY-NINTH JOINT STATUS REPORT
   *HRVRC v. Casamassa,* Case no. 3:15-cv-1397-BR

PORTLAND DIVISION

| | |
|---|---|
| HOOD RIVER VALLEY RESIDENTS COMMITTEE, an Oregon non-profit corporation; MIKE MCCARTHY, individually; HOOD RIVER COUNTY by and through the Board of County Commissioners of Hood River County, an Oregon municipal corporation; CLACKAMAS COUNTY, by and through the Board of County Commissioners of Clackamas County, an Oregon municipal corporation, and MT. HOOD MEADOWS OREGON, LLC, an Oregon LLC,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>GLENN CASAMASSA, Regional Director of Region 6 of the Forest Service; RICHARD PERIMAN, Supervisor, Mt. Hood National Forest; VICKI CHRISTIANSEN, Chief, Forest Service; & UNITED STATES FOREST SERVICE, an Administrative Agency of the U.S. Department of Agriculture,<br><br>    *Defendants.* | Case No.: 3:15-cv-01397-BR<br><br>**TWENTY-NINTH<br>JOINT STATUS REPORT** |

      In accordance with the scheduling order entered on Nov. 26, 2019 (ECF 129), and consistent with their agreement reflected in the Stipulated Order Staying Further Proceedings approved on Dec. 13, 2016 (ECF 83), the parties respectfully submit this further joint status report as to the ongoing implementation of the land exchange ("Land Exchange") prescribed by Section 1206 of the Omnibus Public Land Management Act of 2009 ("Act"), as amended by the Mount Hood Cooper Spur Land Exchange Clarification Act, Pub. L. No. 115-110 (Jan. 10, 2018) ("Clarification Act") to supplement and update the information in their last report (ECF 127),

Page 2 – TWENTY-NINTH JOINT STATUS REPORT
       *HRVRC v. Casamassa,* Case no. 3:15-cv-1397-BR

including their proposals for a timeline to resolve this matter, per the Court's scheduling order (ECF 129)

Since the parties' last Joint Status Report, and by the end of November 2019, the U.S. Forest Service completed its review of the supplemental appraisal reports and approved the reports for conformity with applicable federal requirements and criteria. The reports have now been provided to the other participant in the Land Exchange, Mt. Hood Meadows Oregon, LLC ("Mt. Hood Meadows"), for its review of the values in the reports and any necessary redactions it believes need to be made to protect any of its confidential or proprietary information before such reports can be released to the other parties in this case. Mt. Hood Meadows' review is nearing completion. Counsel for Plaintiffs Hood River Valley Residents Committee and Mike McCarthy has made a Freedom of Information Act ("FOIA") request for the reports, and Defendants' counsel will work with the Forest Service to expedite to the extent practicable the agency's response to the FOIA request.

With regard to a timeline to resolve this matter, the parties are interested in re-convening mediation with the Honorable Edward Leavy and have targeted February 2020 for such mediation. The mediation may resolve this matter. That parties therefore would request that this Court continue the stay in this litigation, and the parties also propose to file a further joint status report within 7 days after the date of this mediation, and in any event no later than March 15, 2020. If the mediation is not successful, the parties will in this further joint status report provide their proposals to resolve this matter.

Jointly and respectfully submitted this 13th day of December, 2019.

FOR PLAINTIFFS:                                        FOR DEFENDANTS:

Page 3 – TWENTY-NINTH JOINT STATUS REPORT
    *HRVRC v. Casamassa,* Case no. 3:15-cv-1397-BR

| | |
|---|---|
| **Crag Law Center** | **Office of the United States Attorney** |
| s/ Ralph O. Bloemers<br>Ralph O. Bloemers, OSB # 984172<br>Christopher G. Winter, OSB # 984355<br>*For Plaintiffs HRVRC & Mike McCarthy* | s/ Sean E. Martin<br>**BILLY J. WILLIAMS, OSB # 901366**<br>United States Attorney<br>**SEAN E. MARTIN, OSB # 054338**<br>Assistant United States Attorney<br> *For Defendants* |

**McEwen Gisvold LLP**

s/ Jonathan M. Radmacher
Jonathan M. Radmacher, OSB # 924314
*For Plaintiff Mt. Hood Meadows Oregon, LLC*

**Hood River County Counsel**

s/ Lisa Knight Davies
Lisa Knight Davies, OSB# 03356
*For Plaintiff Hood River County*

**Clackamas County Counsel**

s/ Stephen L. Madkour
Stephen L. Madkour, OSB# 941091
*For Plaintiff Clackamas County*