UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HOOD RIVER VALLEY RESIDENTS COMMITTEE, an Oregon non-profit corporation; MIKE MCCARTHY, individually; HOOD RIVER COUNTY by and through the Board of County Commissioners of Hood River County, an Oregon municipal corporation; CLACKAMAS COUNTY, by and through the Board of County Commissioners of Clackamas County, an Oregon municipal corporation, and MT. HOOD MEADOWS OREGON, LLC, an Oregon LLC,<br><br>      *Plaintiffs,*<br><br>      v.<br><br>GLENN CASAMASSA, Regional Director of Region 6 of the Forest Service; RICHARD PERIMAN, Supervisor, Mt. Hood National Forest; VICKI CHRISTIANSEN, Chief, Forest Service; & UNITED STATES FOREST SERVICE, an Administrative Agency of the U.S. Department of Agriculture,<br><br>      *Defendants.* | Case No.: 3:15-cv-01397-BR<br><br>**JUDGMENT OF DISMISSAL** |

Page 1 –   JUDGMENT OF DISMISSAL; *HRVRC v. Casamassa,* Case No. 3:15-cv-01397-BR

Pursuant to the Court's December 16, 2020 findings (ECF 143), this action is dismissed without prejudice and without attorney fees or costs to any party.

IT IS SO ORDERED.

DATED this 23rd day of February, 2021.

    /s/ Anna J. Brown
ANNA J. BROWN
United States Senior District Judge

Page 2 –   JUDGMENT OF DISMISSAL; *HRVRC v. Casamassa,* Case No. 3:15-cv-01397-BR